UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>JASON LIN,<br><br>     Defendant. | Civil Action No. 1:17-cv-07343-LLS |

PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JASON LIN

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Defendant, Jason Lin ("Defendant"), through Defendant's counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Jason Lin has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 16, 2018        Respectfully submitted,

                   By: /s/ *Jacqueline M. James*
                      Jacqueline M. James, Esq. (#1845)
                      The James Law Firm, PLLC
                      445 Hamilton Avenue, Suite 1102
                      White Plains, New York 10601
                      T: 914-358-6423
                      F: 914-358-6424
                      E-mail: jjameslaw@optonline.net
                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                        By:  */s/ Jacqueline M. James*
                                                               Jacqueline M. James, Esq.